Guy B. Wallace, State Bar No. 176151
Joshua Konecky, State Bar No. 182897
Elisa P. Laird, State Bar No. 225563
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY DECHADENEDES as guardian ad litem of VALERIE DECHADENEDES, and ESTORIA CHERRY;<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO ("the CITY"); GAVIN NEWSOM, in his official capacity as Mayor; AARON PESKIN, in his official capacity as President of the Board of Supervisors; JAKE MCGOLDRICK, MICHELA ALIOTO-PIER, FIONA MA, CHRIS DALY, SEAN ELSBERND, BEVAN DUFTY, TOM AMMIANO, SOPHIE MAXWELL, ROSS MIRKARIMI, AND GERARDO SANDOVAL, in their official capacities as members of the Board of Supervisors;<br><br>Defendants. | **Case No. C 05-02329 PJH**<br><br>**NOTICE OF DISMISSAL** |

SCHNEIDER & WALLACE

DECHADENEDES, ET AL. V. CITY AND COUNTY OF SAN FRANCISCO, ET AL.
NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, Plaintiffs Audrey deChadenedes, Valerie deChadenedes, and Estoria Cherry hereby file this Notice of Dismissal of their claims without prejudice. Defendants have not yet answered Plaintiffs' complaint.

DATED: June16, 2005          SCHNEIDER & WALLACE

_____
ELISA P. LAIRD
Attorneys for Plaintiffs



GRANTED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DECHADENEDES, ET AL. V. CITY AND COUNTY OF SAN FRANCISCO, ET AL.
NOTICE OF DISMISSAL

SCHNEIDER & WALLACE

1